IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:  3:26-cr-14 |
| | ) | |
| v. | ) | **PETITION FOR WRIT OF HABEAS** |
| | ) | **CORPUS AD PROSEQUENDUM** |
| KENNETH FULER | ) | |
| PID# 0000356002 | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Kenneth Fuller, PID# 0000356002, W/M, DOB 07/24/1983, who is presently detained in the Mecklenburg County Jail, for his appearance before the Court in the Western District of North Carolina, in the City of Charlotte, North Carolina, on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case, as well as any other related federal charges that may be filed against the Defendant, that the United States Marshals Service shall return the Defendant to the Mecklenburg County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 10th day of April 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/Nick Miller
NICK MILLER
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: (704) 338-3157
E-mail: Nick.Miller@usdoj.gov
NC Bar No. 46268