**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CR-014-KDB-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **WRIT OF HABEAS CORPUS** |
| **v.** | ) | **AD PROSEQUENDUM** |
| | ) | |
| **KENNETH FULLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

TO:     The Director, Bureau of Prisons, Washington, D.C.
TO:     U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:     Mecklenburg County Jail, 801 E. 4th Street, Charlotte, NC 28202

**IT IS ORDERED** that you have the body of Kenneth Fuller, PID # 0000356002, W/M, DOB 07/24/1983, detained in your facility, under safe and secure conduct, brought before the Honorable _____David Keesler_____, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before _____5/7/2026_____ at __10:20__ am/pm, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.

Signed: April 23, 2026

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge